**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 0:14-cv-60207-KMW**

JEFFREY S. BEAN, as personal representative
Of the Estate of CAROL A. BEAN,

    Plaintiff,

versus

BORG-WARNER CORPORATION, et al.,

    Defendants.
_____

**DEFENDANT SAINT-GOBAIN ABRASIVES, INC., F/K/A NORTON COMPANY'S**
**TRIAL EXHIBIT LIST**

    Defendant Saint-Gobain Abrasives, Inc., f/k/a Norton Company (hereinafter "Defendant") submits the attached Trial Exhbit List, per the Court's Scheduling Order. (Doc. 106). Saint-Gobain adopts and reserves the right to call any witness, use any deposition transcript, or utilize any exhibit designated or listed by any other party to this action, whether a Plaintiff or a Defendant. Saint-Gobain further reserves the right to amend or supplement this list at any time. Saint-Gobain reserves the right to introduce exhibits not designated herein for the purpose of impeachment or rebuttal.

    Respectfully submitted this 29th day of September, 2015.

                                                    HAWKINS PARNELL
                                                          THACKSTON & YOUNG $^{LLP}$

                                                  /s/ Todd C. Alley
                                                  Todd C. Alley
                                                  Florida Bar No. 108536
                                                  Email: talley@hptylaw.com
                                                  Evelyn F. Davis
                                                  Florida Bar No. 0162744

Email: edavis@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
(404) 614-7400 – Telephone
(404) 614-7500 – Facsimile

*Counsel for Defendant Saint-Gobain Abrasives, Inc., f/k/a Norton Company*

11279991v.1

# SAINT-GOBAIN ABRASIVES, INC. TRIAL EXHIBIT LIST
*Jeffrey S. Bean, as personal representative of the Estate of Carol A. Bean, v. Borg-Warner Corp., et al.,*
*U.S. District Court Southern Division of Florida - Case No.: 14-CV-60207-KMW*

Saint-Gobain Abrasives, Inc. identifies the following exhibits for use at trial and expressly reserves the right to supplement this list depending upon the evidence presented at trial and the presentation of the Plaintiff's case, and any exhibits or other evidence admitted therein.

| No. | Exhibit Description | Witness | Objection | Offered | Stipulation | Admitted /Date |
|---|---|---|---|---|---|---|
| 1. | Transcript of Video Deposition of Carol Bean, May 8, 2014 | -- | | | | |
| 2. | Transcript of Discovery Deposition of Carol Bean, May 8, 2014 | -- | | | | |
| 3. | Transcript of Discovery Deposition of Eugene Bean, April 23, 2015 | E. Bean | | | | |
| 4. | Social Security Administration Earnings Statement of Carol Bean | -- | | | | |
| 5. | Social Security Administration Earnings Statement of Eugene Bean | -- | | | | |
| 6. | Plaintiff's Responses to Interrogatories, July 31, 2014 | -- | | | | |
| 7. | Johns-Manville Personal Injury Trust Claim of Carol A. Bean, August 30, 2013 | -- | | | | |
| 8. | Medical Records of Carol A. Bean from Dr. Paul Austin, Lake Health Care Center for Dates of Service 12/29/12 - 01/14/13 | -- | | | | |
| 9. | Medical Bills of Carol A. Bean from Dr. Paul Austin, Lake Health Care Center for Dates of Service 12/29/12 - 01/14/13 | -- | | | | |
| 10. | Medical Records of Carol A. Bean from Florida Hospital Waterman (Dr. Rohan Watson and Dr. Paul Karlinsky) for Dates of Service 01/15/13 - 06/14/13 | -- | | | | |
| 11. | Medical Records of Carol A. Bean from Dr. Ahmed Al-Hazzouri, Florida Cancer Specialists - Tavares for Dates of Service 03/22/13 - 09/8/14 | -- | | | | |
| 12. | Medical Bills of Carol A. Bean from Dr. Ahmed Al-Hazzouri, Florida Cancer Specialists - Tavares for Dates of Service 03/22/13 - 09/8/14 | -- | | | | |
| 13. | Medical Records of Carol A. Bean from Dr. Stacia H. Goldey, Mid Florida Eye Center for Dates of Service 11/01/13 through 11/30/13 | -- | | | | |
| 14. | Medical Records of Carol A. Bean from Moffitt Cancer Center (Dr. Lary A. Robinson, Dr. Tawee Tanvetyanon, Dr. Meera Raghavan, Dr. Farah Khalil) for Dates of Service 02/15/13 - 02/27/13 | -- | | | | |
| 15. | CV of Dr. Arnold Brody | Brody | | | | |
| 16. | Report of Dr. Arnold Brody, May 21, 2015 | Brody | | | | |
| 17. | CV of Dr. Steven Compton | Compton | | | | |
| 18. | Report of Dr. Steven Compton, June 1, 2015 | Compton | | | | |
| 19. | Transcript of Deposition of Dr. James R. Millette, Temkin v. Allied Glove, Circuit Court of Broward | Compton | | | | |

11279991v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | County, Florida Case 09-035176 (27), dated March 7, 2014 | | | | | |
| 20. | Transcript of Deposition of Dr. James R. Millette, <u>Kistmann v. American Optical Corp</u>, Circuit Court of Hillsborough County, Florida, Case 06-001905-Z, dated March 2, 2007 | Compton | | | | |
| 21. | CV of Dr. Murray Finkelstein | Finkelstein | | | | |
| 22. | Report of Dr. Murray Finkelstein, May 25, 2015 | Finkelstein | | | | |
| 23. | Transcript of Deposition of Dr. Murray Finkelstein, July 6, 2015 | Finkelstein | | | | |
| 24. | CV of Dr. Hawey Wells | Wells | | | | |
| 25. | Report of Dr. Hawey Wells, undated | Wells | | | | |
| 26. | Exemplar conventional vitrified tool room cup-shaped grinding wheels | Service | | | | |
| 27. | Photographs of vitrified tool room cup shaped grinding wheels | Service | | | | |
| 28. | Photographs of "monoset" grinding machine | Service | | | | |
| 29. | Various editions/articles from a former Norton Company monthly publication, Grits & Grinds (published from 1909 to 1970) | Service | | | | |
| 30. | Photographs from Norton abrasive product handbooks | Service | | | | |
| 31. | "The Grinding Wheel," Kenneth B. Lewis and William F. Schleicher, Third Edition (1976) | Service | | | | |
| 32. | "Norton Story," Mildred McClary Tymeson (1953) | Service | | | | |
| 33. | "Family Firm to Modern Multi-National," Charles W. Cheape (1985) | Service | | | | |
| 34. | Norton Grinding Wheel Stock Catalog and Specifications Manual (dated April 1, 1971) | Service | | | | |
| 35. | "A Handbook on Abrasives and Grinding Wheels," published by Norton Company (editions published in 1941, 1946, 1954, 1957, 1958, and 1961) | Service | | | | |
| 36. | "Grinding, Abrasives & Grinding Wheels," published by Norton Company (1979) | Service | | | | |
| 37. | Photographs of Norton tool room grinding wheels | Service | | | | |
| 38. | "Tool Room Grinding," published by Norton Company (July, 1976) | Service | | | | |
| 39. | "A Handbook on Tool Room Grinding," 6th Edition, published by Norton Company (July 1963) | Service | | | | |
| 40. | "A Handbook on Tool Room Grinding," published by Norton Company (editions published in 1947, 1957, and 1956, 1957, 1965) | Service | | | | |
| 41. | "A Primer on Grinding Wheel," published by Norton Company, (editions published in 1941 and 1959 | Service | | | | |
| 42. | "A Primer on Grinding Wheel Safety," published by Norton Company (editions published in 1941 and "undated") | Service | | | | |
| 43. | "Abrasives, and Grinding Wheels," published by Norton Company (1975) | Service | | | | |

4

| | | |
|---|---|---|
| 44. | "Handling, Storage and Inspection of Grinding Wheels – Safe Rules & Methods," published by Norton Company (1947) | Service |
| 45. | Saint-Gobain Abrasives, Inc. – Commonwealth of Massachusetts - Articles of Merger (1990) | Service |
| 46. | Saint-Gobain Abrasives, Inc. – Commonwealth of Massachusetts – Name Change History Document (April 7, 2005) | Service |
| 47. | American National Standard – Safety Code for the use, care, and protection of abrasive wheels, ANSI B7.1 - 1970 | Service |
| 48. | Norton Company – Interoffice Memorandum – October 21, 1975 | Service |
| 49. | Norton Company – Interoffice Memorandum – December 4, 1975 | Service |
| 50. | Grits & Grinds article, Vol. 6, No. 3, 1970, published by Norton Company | Service |
| 51. | Norton Company – Manufacturing Instruction No. D-4483-D (May 1, 1968) | Service |
| 52. | Norton Company – Manufacturing Instruction No. D-4483-D (Sept. 19, 1969) | Service |
| 53. | Norton Company – Manufacturing Instruction No. D-4483-D (January 24, 1975) | Service |
| 54. | Norton Company – Manufacturing Instruction No. D-4483-D (June 10, 1975) | Service |
| 55. | Norton Company – Manufacturing Instruction No. D-4483-D (February 3, 1977) | Service |
| 56. | Norton Company – Manufacturing Instruction No. D-4483-D (February 3, 1977) | Service |
| 57. | Norton Company – Research and Development Notes, "OD-66 Improved "DC4" Core for Resinoid Diamond Wheels," (December 2, 1960 to January 1, 1963) | Service |
| 58. | Norton Company – Interoffice Memorandum – October 1, 1976 | Service |
| 59. | Norton Company, Diamond Products Division, Grinding Wheel Operations, "Cores for Resinoid Diamond/CBN Wheels - A Summary of Current Norton Technology," (December 1979) | Service |
| 60. | Norton Company Research and Development Department, Grinding Wheel Division, Resinoid Diamond Wheels, Core Evaluation Test Resports dated 1976-1978 | Service |
| 61. | AMC Product Engineering Notes, Norton Company, Abrasives Marketing Group, "Resinoid Diamond Wheels 11V9 Type Core Change," (September 12, 1975, re-issued November 3, 1975) | Service |
| 62. | AMC Product Engineering Notes, Norton Company, Abrasives Marketing Group, "Black Bakelite Cores for Diamond and CBN Wheels," (July 15, 1976) | Service |
| 63. | AMC Grinding Wheel Product Manual – CBN (Cubic Boron Nitride) – May 11, 1981 | Service |
| 64. | Affidavit of Thomas H. Service, in Jeffrey S. | Service |

11279991v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bean, et al. v. Borg-Warner Corporation, et al., Case No.: 0:14-CV-60207-KMW, July 7, 2015 | | | | | |
| 65. | Affidavit of Thomas H. Service, in Jeffrey S. Bean, et al. v. Borg-Warner Corporation, et al., Case No.: 0:14-CV-60207-KMW, September 4, 2015 | Service | | | | |
| 66. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Mike Norman v. A-C Product Liability Trust et al., Circuit Court for the County of Wayne, Michigan, Docket No. 94-42061-NP, dated December 19, 1995 | Service | | | | |
| 67. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Virginia McAdams, et al. v. Owens Corning Fiberglas Corporation et al., Superior Court for the State of California for the County of Los Angeles, Docket No. BC 191955, dated May 14, 1999 | Service | | | | |
| 68. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Boris Katz, et al. v. Garlock, Inc., et al., Cause No. 21120*BH02 and Kristen Duncan, et al. v. Garlock, Inc,, et al., Cause No. 17342*BH01-2, District Court of Brazoria County, Texas, 23'd Judicial District, on January 16, 2003 | Service | | | | |
| 69. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Oscar A. Brislis, et al. v. Owens Corning Fiberglas Corporation, et al., Cause No. 00 04222-B, District Court of Nueces County, Texas, 117th Judicial District, on March 18, 2004 | Service | | | | |
| 70. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Robert Maas et al. v. A.W. Chesterton, Inc., et al., Court of Common Pleas of Cuyahoga County, Ohio, Cause No. CV 03-500556, on April 27, 2005 | Service | | | | |
| 71. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Lawrence Haak et al. v. A.W. Chesterton, Inc., et al., Circuit of Third Judicial Circuit of Madison County, Illinois, Cause No. 04-L-1259; Circuit Court of the 3'd Judicial Circuit, Madison County, Illinois, on October 19, 2005 | Service | | | | |
| 72. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), Mary Roberts, Individually and as Special Administrator of the Estate of Delbert Roberts v. A.W. Chesterton, Inc. et al., Circuit Court of the County | Service | | | | |

11279991v.1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | of Madison, Illinois, Cause No. 06-L-409, on January 15, 2007 | | | | | | |
| 73. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), <u>Tamblyn Rudolph, Individually, as the Surviving Spouse and Representative of the Estate of Eugene Carl Rudolph v. Long-Lewis Inc. et al.</u>, Circuit Court of the County of Jefferson, Alabama, C.A. No. 01-CV-2008-901506, on May 12, 2009 | Service | | | | | |
| 74. | Transcript of Deposition of Ronald L. Karbowski, former World Product Safety Manager of Saint-Gobain Abrasives, Inc. (now deceased), <u>Edna Slaughter and Ronald Slaughter v. Alfa Laval, Inc., et al.</u>, Superior Court of Los Angeles County, California, Docket No. BC35660, on September 23, 2009 | Service | | | | | |
| 75. | Affidavit of Ronald L. Karbowski, November 1, 1995 | Service | | | | | |
| 76. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>John Basile and Karen Basile v. Saint-Gobain Abrasives, Inc., et al.</u>, In The Court of Common Pleas of Crawford County, Pennsylvania, Docket No.: AD 2009 357, on July 22, 2010 | Service | | | | | |
| 77. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Howard E. Hughes and Betty Kay Hughes v. A.W. Chesterton Company, et al.</u>, In The Circuit Court of Kanawha County, West Virginia, Docket No. 10-C-1937KAN, on September 27, 2011 | Service | | | | | |
| 78. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Lynn Turner</u>, In the Superior Court of the State of Delaware in and for New Castle County, C.A. No. N12C-02-279 ASB, on January 4, 2013 | Service | | | | | |
| 79. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Peggy A. Westmeyer, individually and as Personal Representative of the Heirs and Estate of David L. Westmeyer, Sr. v. A.W. Chesterton Co., et al.</u>, Cuyahoga County, OH, Case No. 786059, on July 18, 2013 | Service | | | | | |
| 80. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Libby Temkin, as Personal Representative of the Estate of Sherwood Temkin, Deceased v. Allied Glove & Safety Corp., et al.</u>, In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Docket No. 09-03517627, dated February | Service | | | | | |

7

11279991v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 13, 2014 | | | | | |
| 81. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Constance Johnson, Special Administrator of Estate of Barry Johnson v. Honeywell International, Inc., et al.</u>, Case No. 11-L-88; <u>Linda Sylvester, Special Administrator of the Estate of Carl Sylvester v. Bechtel Corporation, et al.</u>, Case No. 12-L-45; In the Circuit Court of the Eleventh Judicial Circuit of McLean County, IL, dated March 12, 2014 | Service | | | | |
| 82. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Edward Guajardo, et al. v. 3M Company a/k/a Minnesota Mining & Manufacturing Company et al.</u>, Docket No. BC500117; <u>Mary Melendrez, Individually and as Personal Representative of the Estate of Lario David Melendrez, et. al. v. 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al.</u>, Docket No. BC453161; <u>Carlos Ceja and Rosa Maria Ceja v. 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al.</u>, Docket No. BC518214, Superior Court of the State of California, County of Los Angeles, taken on May 22, 2014 | Service | | | | |
| 83. | Transcript of Deposition of Thomas H. Service, Ph.D., PE, current Director of World Product Safety, Saint-Gobain Abrasives, Inc., <u>Angelo Diaz, et al. v. AIRCO, Inc., et al.</u>, Case No. 1316-CV01016, in the Circuit Court of Jackson County, Missouri at Kansas City, dated July 9, 2015 | Service | | | | |
| 84. | CV of Mark Plisko | Plisko | | | | |
| 85. | Report of Mark Plisko, June 23, 2015 | Plisko | | | | |
| 86. | Longo & Hatfield Work Practice Study - Grinding Metal With Carborundum Black Magic Diamond Wheel, May 1999 | Plisko | | | | |
| 87. | The Occupational Environment-Its Evaluation and Control, Edited by Salvatore DiNardi, American Industrial Hygiene Association, Fairfax, VA, 1997 | Plisko | | | | |
| 88. | Mulhausen, John R., and Joseph Damiano. A Strategy for Assessing and Managing Occupational Exposures. American Industrial Hygiene Association, Fairfax, VA, Third Ed. 2006 | Plisko | | | | |
| 89. | Federal Register, U.S. Environmental Protection Agency, 40 CFR, Part 61, NESHAP Revision; Final Rule; November 20, 1990 | Plisko | | | | |
| 90. | 29 CFR 1926.1101, Appendix H, 1994 | Plisko | | | | |
| 91. | Federal Register Volume 55, November 20, 1990 | Plisko | | | | |
| 92. | Corrosion Proof Fittings v. The EPA 947 F. 2d 1201 (5th Cir. 1991) | Plisko | | | | |
| 93. | Federal Register, U.S. Environmental Protection Agency, 40 CFR, Parts 763. "Asbestos: Manufacturing, Importation, Processing and | Plisko | | | | |

8

11279991v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | Distribution in Commerce Prohibitions; Final Rule." July 12, 1989 | | | | | |
| 94. | U.S. Supreme Court "benzene" decision [Industrial Union Dept. 1980] | Plisko | | | | |
| 95. | OSHA. 1992 Preamble to the Final Rule for cadmium | Plisko | | | | |
| 96. | Rodricks, J.V., S.M. Brett, and G.C. Wrenn: Significant Decisions in Federal Regulatory Agencies. Regulatory Tax. And Pharm. 7:307-320. (1987) | Plisko | | | | |
| 97. | Nicholson, William. 1983. "Quantitative Risk Assessment for Asbestos Related Cancers." The Occupational Safety and Health Administration (OSHA) Office of Carcinogen Standards, prepared in conjunction with Dr. William Nicholson of the Environmental Sciences Laboratory of the Mt. Sinai School of Medicine | Plisko | | | | |
| 98. | Henderson, V.I. and P.E. Enterline. 1979. "Asbestos exposure: factors associated with excess cancer and respiratory disease mortality." Ann. N.Y. Acad. Sci. 330: 117-126 | Plisko | | | | |
| 99. | Weill, H. 1979. Influence of dose and fiber type on respiratory malignancy in asbestos cement manufacturing. Am. Rev. Resp. Dis. 120: 345-354 | Plisko | | | | |
| 100. | Finkelstein, M. M. 1983. "Mortality among long-term employees of an Ontario asbestos-cement factory" Br. J Ind Med 40: 138-144 | Plisko | | | | |
| 101. | Peto, J. 1980. "Lung cancer in relation to measured dust levels in an asbestos factory. In: Wagner, J.C. (ed.) Biological Effects of Mineral Fibers. IARC Scientific Publication No. 30, Lyon, France. pp. 829-836 | Plisko | | | | |
| 102. | Dement, J.M., R.L. Harris, M.J. Symons, et al. 1982. "Estimates of dose response for respiratory cancer among chrysotile asbestos textile workers. In: Walton, W.H. (ed.) Inhaled Particles V. Oxford Pergamon | Plisko | | | | |
| 103. | Berry, G and M.L. Newhouse. 1983. "Mortality of workers manufacturing friction materials using asbestos." Br. J Indus. Med 36: 98-112 | Plisko | | | | |
| 104. | Seidman, H., I.J. Selikoff, and KC. Hammond. 1979. "Short-term asbestos work exposure and long-term observation." Ann. NY. Acad. Sci. 330: 61-89 | Plisko | | | | |
| 105. | Selikoff, Irving J. "Partnership for Prevention- The Insulation Industry Hygiene Research Program," Industrial Medicine. Vol. 39, No.4. April 1970. 162-166 | Plisko | | | | |
| 106. | Anna, Daniel. The Occupational Environment Its Evaluation, Control and Management. 3rd Ed. Fairfax, VA: American Industrial Hygiene Association, 2011 | Plisko | | | | |
| 107. | American Conference of Governmental Industrial | Plisko | | | | |

9

11279991v.1

| # | Description | |
|---|---|---|
| | Hygienists, Documentation of Threshold Limit Values, 1946 to present | |
| 108. | OSHA Asbestos Regulations. 1971 | Plisko |
| 109. | NIOSH. Dept. of Health and Human Services. "Asbestos." Pocket Guide to Chemical Hazards. 2005 | Plisko |
| 110. | California Code of Regulations (8 CCR) 1529 "Asbestos" | Plisko |
| 111. | Statutory Instrument 2006 No. 2739. "The Control of Asbestos Regulations 2006" | Plisko |
| 112. | Senior Labor Inspectors Committee. "A practical guide on best practice to prevent or minimise asbestos risks in work that involves (or may involve) asbestos: for the employer, the workers and the labour inspector." European Commission | Plisko |
| 113. | World Health Organization. "Determination of airborne fibre number concentrations: a recommended method by phase-contrast optical microscopy (membrane filter method)." Geneva 1997 | Plisko |
| 114. | Wendlick, Joseph D. CIH. Ambient Asbestos Fiber Levels at Selected Sites in Philadelphia, Pennsylvania. November 1984 | Plisko |
| 115. | Barratt, R.S. "Ambient Asbestos Levels in Perspective." R Soc Health J 1978 Feb; 8(1):26-6, 49-50 | Plisko |
| 116. | Andrion, A., D. Bellis, E. Bertoldo and F. Mollo. 1984. "Coated and Uncoated Lung Mineral Fibers in Subjects With and Without Pleural Plaques at Autopsy," Path. Res. Pract. 178:611-616 | Plisko |
| 117. | Langer, Arthur M. and R.P. Nolan. 1994. "Chrysotile Biopersistence in the Lungs of Persons in the General Population and Exposed Workers." Environmental Health Perspective. 102 (Supplement 5): 235-239 | Plisko |
| 118. | Langer, Arthur M., I.J. Selikoff and A. Sastre, "Chrysotile Asbestos in the Lungs of Persons in New York," Arch. Environ. Health 22: pp 348-361, March 1971 | Plisko |
| 119. | National Research Council. Asbestos- The Need for and Feasibility of Air Pollution Controls. Committee on Biologic Effects of Atmospheric Pollutants, Division of Medical Sciences. National Academy of Sciences, Washington, DC 1971 | Plisko |
| 120. | United States Environmental Protection Agency. "How to Manage Asbestos in School Buildings- AHERA Designated Person's Self-Study Guide" | Plisko |
| 121. | Test report; Evaluation of Resin-bonded Grinding Wheels. Performed on behalf of Saint-Gobain Abrasives. Environmental Profiles, Inc. May 2014 | Plisko |
| 122. | Dodoli MD, D. et. al. ···Environmental Household Exposure to Asbestos and Occurrence of Pleural Mesothelioma". Amer. Journal ofInd. Medicine, Vol. 21, No.5, pp. 681-687, 1992 | Plisko |
| 123. | NIOSH: "Protecting Workers' Families, Alexander | Plisko |

11279991v.1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Research Agenda: Report of the Worker's Family Protection Task Force" USDHHS/CDCINIOSH. NIOSH Publication No. 2002-113. May 2002 | | | | | | |
| 124. | NIOSH: Report to Congress on Worker's Home Contamination Study Conducted Under the Worker's Family Protection Act" USDHHS/CDC/ NIOSH. NIOSH Publication No. 95-123 (prepared under requirements of 1992 Worker's Family Protection Act, PL 102-522 [29 USC 671a]). September 1995 | Plisko | | | | | |
| 125. | Donovan, E.P., B.L. Donovan, M.A. McKinley, et al. 2012. Evaluation of take home (para-occupational) exposure to asbestos and disease: a review of the literature. Critical Reviews in Toxicology. 42(9): 703-731 | Plisko | | | | | |
| 126. | Sahmel, J., et al. 2014. "Evaluation of Take-Home Exposure and Risk Associated with the handling of Clothing Contaminated with Chrysotile Asbestos," Society for Risk Analysis, Vol. 34, No. 8 | Plisko | | | | | |
| 127. | Sahmel, Jennifer, et al. 2015. "Airborne asbestos take-home exposures during handling of chrysotile-contaminated clothing flowing simulated full shift workplace exposures," Journal of Exposure Science and Environmental Epidemiology (2015), 1-15 | Plisko | | | | | |
| 128. | Code of Federal Regulations, 29 CFR Part 1910 | Plisko | | | | | |
| 129. | CV of Dr. Victor Roggli | Roggli | | | | | |
| 130. | Diagnostic Report of Dr. Victor Roggli, October 30, 2014 | Roggli | | | | | |
| 131. | Causation Report of Dr. Victor Roggli, July 8, 2015 | Roggli | | | | | |
| 132. | Transcript of Deposition of Albert Indelicato, Corporate Representative of Pneumo Abex, Buntz v. Borg Warner, et al, Circuit Court of Broward County, Florida, Case 12-34662 (27), dated May 2, 2014 | -- | | | | | |
| 133. | Transcript of Deposition of Matthew Fyie, Corporate Representative of Ford Motor Company, Maxwell v. Bennett Auto Supply, et al, Circuit Court of Broward County, Florida, Case 14-018218 (27), dated August 13, 2015 | -- | | | | | |
| 134. | Transcript of Deposition of Louis R. Merz, Corporate Representative of Borg Warner Corporation, Buntz v. Borg Warner, et al, Circuit Court of Broward County, Florida, Case 12-34662 (27), dated February 7, 2014 | -- | | | | | |
| 135. | Transcript of Deposition of Byron Frantz, Corporate Representative of Genuine Parts Company, Buntz v. Borg Warner, et al, Circuit Court of Broward County, Florida, Case 12-34662 (27), dated March 26, 2014 | -- | | | | | |
| 136. | Transcript of Deposition of Joel Cohen, Corporate Representative of Honeywell International, Buntz v. Borg Warner, et al, Circuit Court of Broward | -- | | | | | |

11

11279991v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | County, Florida, Case 12-34662 (27), dated December 16, 2013 | | | | | |
| 137. | Answers of Pnuemo Abex LLC, Successor in Interest to Abex Corporation, to Plaintiffs' Master Interrogatories in Miami-Dade County Asbestos Litigation, dated November 28, 2005 | -- | | | | |
| 138. | Answers of Ford Motor Company to Plaintiffs' Master Interrogatories, <u>Santana v. Bondex, et al</u>, Circuit Court of Miami-Dade County, Florida, Case 08-67301, dated March 16, 2009 | -- | | | | |
| 139. | Answers of Borg-Warner Corporation to Plaintiffs' Master Interrogatories in Miami-Dade County Asbestos Litigation, dated December 15, 2005 | -- | | | | |
| 140. | Answers of Honeywell International, Inc, Successor in Interest to Bendix Corporation, to Plaintiffs' Master Interrogatories in Miami-Dade County Asbestos Litigation, dated November 18, 2013 | -- | | | | |
| 141. | Answers of Genuine Parts Company to Plaintiffs' Master Interrogatories, <u>Dorman v. Advance Auto, et al</u>, Circuit Court of Miami-Dade County, Florida, Case 07-41685, dated April 7, 2008 | -- | | | | |

11279991v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on all counsel of record by filing the document on CM/ECF.

This 29th day of September, 2015.

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

/s/ Todd C. Alley
Todd C. Alley
Florida Bar No. 108536
Email: talley@hptylaw.com
Evelyn F. Davis
Florida Bar No. 0162744
Email: edavis@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
(404) 614-7400 – Telephone
(404) 614-7500 – Facsimile

*Counsel for Defendant Saint-Gobain Abrasives, Inc., f/k/a Norton Company*