**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 0:14-cv-60207-KMW**

JEFFREY S. BEAN, as Personal Representative
of the Estate of CAROL A. BEAN,

    Plaintiff,

-vs-

BORG-WARNER CORPORATION, et al.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING AMENDED RULE 26(a)(3) TRIAL WITNESS AND EXHIBIT LISTS**

    COMES NOW, Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3), and gives notice of filing Plaintiff's Amended Rule 26(a)(3) Trial Witness and Exhibit Lists.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on counsel of record via CM/ECF this 2nd day of October, 2015.

                                     THE FERRARO LAW FIRM, P.A.
                                     *Attorneys for Plaintiff*
                                     600 Brickell Avenue, Suite 3800
                                     Miami, Florida 33131
                                     (305) 375-0111 Telephone
                                     (305) 379-6222 Facsimile

                               By: */s/ Marc P. Kunen*
                                     MARC P. KUNEN, ESQ.
                                     Florida Bar No.: 91781

**PLAINTIFF'S RULE 26(a)(3) TRIAL WITNESS AND EXHIBIT LISTS**

**TRIAL WITNESSES**

1. Carol A. Bean (deceased) (via videotaped deposition)
    - Mrs. Bean will testify regarding her husband, Eugene Bean's, employment at General Electric in Burlington, Vermont from 1967 to 1971. She will also testify regarding the process of performing her husband's laundry during that time period. Ms. Bean will additionally testify regarding her disease mesothelioma, including the treatments and impact it had on her life.

2. Eugene Bean
   1 Pearl Drive
   Eustis, Florida 32726
    - Mr. Bean will testify regarding his use of Norton's grinding wheels at General Electric in Burlington, Vermont from approximately 1967 to 1971. He will testify how his clothing became filthy from this work and how he would come into contact with his wife, Carol Bean, at home and she would launder his clothing. Mr. Bean will also testify regarding his relationship with his wife and her role in the family, as a wife, mother and grandmother.

3. Jeffrey S. Bean
   93 Hollow Creek, Unit 3
   Colchester, Vermont
    - Mr. Jeffrey Bean will testify regarding his relationship with his mother, Carol Bean, and her role in their family, both as a mother and grandmother.

4. Michelle Lee Scompoli
   1419 Pritchard Terrace
   Richmond, Virginia
    - Ms. Scompoli will testify regarding her relationship with her mother, Carol Bean, and her mother's role in their family, both as a mother and grandmother.

5. Kimberly Lee Weick
   18 Cumbress Poss
   Santa Fe, New Mexico
    - Ms. Weick will testify regarding her relationship with her mother, Carol Bean, and her mother's role in their family, both as a mother and grandmother.

6. All expert witnesses designated by Plaintiff in this case, including:

a. Dr. Arnold Brody
   - Testimony generally pertaining to carcinogenesis and how inhalation of asbestos causes disease. Specifically, Dr. Brody will discuss the association between asbestos exposure and mesothelioma. Dr. Brody specializes in research focused on the biochemical and molecular mechanisms that mediate fibroproliferative disease caused by inhaling environmental agents. Specifically, Dr. Brody will explain through the use of slides from an electron microscope showing how asbestos causes asbestos-related diseases.

b. Dr. Steven Compton
   - Testimony generally pertaining to asbestos fiber release from grinding wheels and the theories of encapsulation and resuspension of asbestos fibers. Specifically, Dr. Compton will testify concerning the behavior of airborne asbestos dust fibers, the ability of asbestos-containing grinding wheels to emit respirable asbestos particles, and the hazards to human health posed by concentrations of asbestos dust in the air. Dr. Compton will testify regarding the topics of encapsulation and releasable fibers in grinding wheels. Dr. Compton will also testify regarding resuspension of settled asbestos fibers.

c. Dr. Murray Finkelstein
   - Testimony generally pertaining to how Mrs. Bean inhalation of asbestos fibers from Defendant's grinding wheels, among other products, substantially contributed to causing her mesothelioma and death. Specifically, Dr. Finkelstein will explain in detail the cause of pleural mesothelioma in the United States is prior asbestos exposure. Dr. Finkelstein will testify that there is no known cure for mesothelioma. Dr. Finkelstein will testify that brief, low-level, intermittent and indirect exposure to asbestos is sufficient to cause mesothelioma. Dr. Finkelstein will testify that there is no known safe level of asbestos exposure established for the prevention of mesothelioma. Dr. Finkelstein will testify that individuals who work with asbestos-containing products that release dust during use or manipulation, or who are bystanders to such work or are household members of such individuals, are exposed to asbestos as a result of those activities. Dr. Finkelstein will testify regarding the dangers to bystanders to and household members of those who work with asbestos-containing products and explain that these forms of exposure are no less dangerous than direct work with asbestos and/or asbestos-containing products. Dr. Finkelstein will testify to the carcinogenicity and potency of asbestos fiber types, and

3

        conclude to a reasonable degree of medical certainty that each of these fiber types, individually and/or in combination, cause mesothelioma.

    d. Dr. Hawey Wells, Jr.
- Testimony generally pertaining to the pathological diagnosis of Mrs. Bean's mesothelioma and how asbestos from Defendant's grinding wheels, among other products, substantially contributed to causing her mesothelioma and death. Specifically, Dr. Wells will testify that exposure to asbestos substantially contributed to the development of Mrs. Bean's mesothelioma and that all asbestos fiber types are capable of causing mesothelioma. Dr. Wells will testify as to the association between the various types of asbestos and exposure thereto and mesothelioma, as well as the links between the causes and the ultimate effects, including death – which is pathogenesis. Dr. Wells will testify that Mrs. Bean's mesothelioma had a significant impact on her life expectancy and ultimate death. Dr. Wells will testify regarding the clinicopathological correlation in this case, including Plaintiff's significant cumulative exposure to particulate respirable asbestos while washing her husband's clothing from work.

7. Dr. Ahmed Al-Hazzouri
   601 East Altamonte Drive,
   Altamonte Springs, FL 32701
   - As Carol Bean's treating physician, Dr. Al-Hazzouri will testify regarding Mrs. Bean's clinical diagnosis of mesothelioma, the ability of asbestos to cause Mrs. Bean's mesothelioma, and the treatments that Mrs. Bean underwent in relation to her diagnosis of mesothelioma.

8. Ronald Karbowski, via former testimony from the following cases:

    a. <u>Haak, et al. v. A.W. Chesterton, et al.</u>, Third Judicial Circuit, Madison County, IL, Case No: 04-L-1259, October 19, 2005
       - Mr. Karbowski was employed by Saint-Gobain/Norton for almost 40 years. He will testify regarding Norton's asbestos-containing diamond grinding wheels, including their appearance, packaging, and uses, particularly as it pertains to cutter grinder work on carbide tools. He will also testify regarding the difference between cup-shaped wheels and disc-shaped wheels.

b. <u>Brislis, et al. v. Owens-Corning Fiberglas, et al.</u>, 117th Judicial District, Nueces County, TX, Case No.: 00-04222-B, March 18, 2004
- Mr. Karbowski was employed by Saint-Gobain/Norton for almost 40 years. He will testify regarding Norton's asbestos-containing diamond grinding wheels, including the years they contained asbestos and the percentage of asbestos content. He will also testify concerning the fact that Norton never warned regarding the hazard associated with their asbestos-containing grinding wheels, and never tested their asbestos-containing grinding wheels to determine the extent of this hazard.

Plaintiff reserves the right to call any and all witnesses listed by Defendant. Plaintiff further reserves the right to use any deposition transcript listed by Defendant. Plaintiff reserves the right to call additional witnesses not listed herein for purposes of rebuttal or to otherwise testify concerning evidence Defendant may produce at trial.

## EXHIBIT LIST

Plaintiff intends to use at trial the exhibits identified in <u>Exhibit A</u>, attached hereto. Plaintiff expressly reserves the right to supplement this list for rebuttal purposes depending upon the evidence presented by Defendant at trial. Plaintiff also reserves the right to use any exhibit identified in Defendant's trial exhibit list filed in this case.

# EXHIBIT A

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | 4 | 2 | 1970 | | | Finkelstein | Article: Does Sprayed Asbestos Cause Lung Cancer? |
| 2 | 1 | 1 | 1951 | | Vorwald, Durkan, Pratt | Finkelstein | Article from the Archives of Industrial Hygiene and Occupational Medicine entitled, ""Experimental Studies of Asbestosis"" |
| 3 | 4 | 1 | 1967 | | Jan Lieben, M.D., Harry Pistawka, M.D. | Finkelstein | Medical Article, 'Mesothelioma and Asbestos Exposure' |
| 4 | 1 | 1 | 1936 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts - Volume 15 |
| 5 | 1 | 1 | 1933 | Article | The American Ceramic Society | Finkelstein | Journal of the American Ceramic Society - Dust Elimination- Pottery Industry, Volume 16 |
| 6 | 1 | 1 | 1939 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts, Volume 18 |
| 7 | 9 | | 1934 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts, Volume 13,No.9 |
| 8 | 1 | | 1940 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts, Volume 19 |
| 9 | 1 | 1 | 1949 | Report | The American Ceramic Society | Finkelstein | American Ceramic Society Bulletin - Abstracts and Membership Lists - Volume 28, Number 8 |
| 10 | 1 | 1 | 1931 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts Volume 10 |
| 11 | 1 | 1 | 1930 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts Volume 9 |
| 12 | 1 | 1 | 1937 | Report | The American Ceramic Society | Finkelstein | Ceramic Abstracts Volume 16 |
| 13 | 10 | 15 | 1944 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 23, Number 10 |
| 14 | 10 | 15 | 1945 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 24, Number 10 |

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 15 | 6 | 15 | 1945 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 24, Number 6 |
| 16 | 1 | 1 | 1946 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 25, Number 10 |
| 17 | 10 | 15 | 1947 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 26, Number 10 |
| 18 | 10 | 15 | 1948 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 27, Number 10 |
| 19 | 10 | 15 | 1949 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Vol. 28, No. 10 |
| 20 | 1 | | 1950 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 29, No. 10 |
| 21 | 10 | 1 | 1951 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 30, No. 10 |
| 22 | 10 | 1 | 1958 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 37, No. 10 |
| 23 | 10 | 1 | 1961 | newsletter | American Ceramic Society | Finkelstein | American Ceramic Society Bulletin Newsletter, Volume 40, No. 10 |
| 24 | 1 | | 1972 | | Insulation Industry Hygiene Research Program | Finkelstein | Insulation Hygiene Progress Reports- Winter 1972, Vol. 4, No. 4 |
| 25 | 7 | 1 | 1933 | Report | | Finkelstein | American Ceramic Society Bulletin, Volume 12, 1933 July - December |
| 26 | 0 | 0 | 0 | | | Finkelstein | Occupational Safety & Health Reporter - 'Breathing Asbestos Dust May Cause Serious Bodily Harm' |
| 27 | | 1 | 1977 | List | | Finkelstein | 1977 Customer/Application List |
| 28 | 1 | | 1961 | chart | | Finkelstein | Union Carbide Sales Records dated 1961-1985 |

Saint Gobain (Norton) Exhibit list

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | RECIPIENT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 29 | 0 | 0 | 0 | | Ferro Engineering Division, Oglebay Norton Company | Finkelstein | Ferro Engineering Division of Oglebay Norton Sales Brochures |
| 30 | 1 | | 1949 | | Ferro Engineering Division, Oglebay Norton Company | Finkelstein | Ferro Engineering Division of Oglebay Norton sales brochure |
| 31 | 0 | 0 | 0 | | Ferro Engineering Division, Oglebay Norton Company | Finkelstein | Ferro Engineering Division of Oglebay Norton Company- Sales brochure |
| 32 | 0 | 0 | 0 | | Ferro Engineering Division, Oglebay Norton Company | Finkelstein | Ferro Engineering Division of Oglebay Norton - Answers to Interrogatories, w/attached Affidavit (12/3/82) |
| 33 | 4 | 29 | 1988 | | Ferro Engineering Division of Norton Company | Finkelstein | Ferro Engineering Division of Oglebay Norton Company - Answers to Interrogatories, w/attached affidavit (4/25/88) |
| 34 | 3 | 20 | 1995 | | Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP | Finkelstein | Plaintiffs Notice for Discovery, Testing, Inspection Production of Documents to defendant Ferro Engineering Division of Oglebay Norton Company |
| 35 | 3 | 20 | 1995 | | Michael Ponterio, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP | Finkelstein | Plaintiffs' First Set of Interrogatories to defendant Engineering Division of Oglebay Norton Company |
| 36 | 4 | 24 | 1995 | | Ferro Engineering Division, Oglebay Norton Company | Finkelstein | Ferro Engineering Division of Oglebay Norton Company - Response to Plaintiffs First Set of Interrogatories w/attachments |
| 37 | 9 | 28 | 2005 | Report | MVA Scientific Consultants | Compton | MVA report: Asbestos-containing Norton Grinding Wheel |
| 38 | 0 | 0 | 1961 | Handbook | Norton Abrasives | Compton | Handbook on Abrasives and Grinding Wheels |
| 39 | 0 | 0 | 1987 | Report | | Compton | Massachusetts Waste Management Report |

3

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 40 | 0 | 0 | 1977 | Corporate History | The Norton Company | Finkelstein | Corporate officers, Board of Directors, and plant locations |
| 41 | 0 | 0 | 0 | | | Finkelstein | Aerial View of Norton Company and material with Bureau of Ships |
| 42 | 0 | 0 | 1948 | Manual | Norton Company | Finkelstein | Foreman's Manual |
| 43 | 0 | 0 | 0 | Material Safety Data Sheet | Plastics Engineering Company | Compton | MSDS for Plenco 338, 397, 407 and 558 (Norton Bates # 01984 – 01993) |
| 44 | 5 | | 1968 | Instructions | | Compton | Instruction No. D-4483-D - Resinoid |
| 45 | 0 | 0 | 0 | Chart | | Compton | Commercial General Liability Policies |
| 46 | 12 | 0 | 1987 | Report | Waste Management Report | Compton | Massachusetts Developments All Phases of Asbestos Removal Governed by New State Rules |
| 47 | 6 | 0 | 1988 | Report | Mass. Dept of Labor and Industries | Compton | Asbestos Watch |
| 48 | 12 | 0 | 1968 | Notice | | Finkelstein | Recommended Safe Practices Mineral Data Sheet No. 2 |
| 49 | 1 | 0 | 1969 | Notice | | Finkelstein | Recommended Safe Practices Mineral Data Sheet No. 3 |
| 50 | 6 | 6 | 1950 | Report | US Dept of the Interior - Bureau of Mines | Finkelstein | The Asbestos Industry in 1949 |
| 51 | 3 | 0 | 1954 | Report | Oscar A. Sander, IHF | Compton | A Classification of Respirable Dusts |
| 52 | 11 | 0 | 1980 | Report | IHF | Compton | Industrial Hygiene Digest, Vol 44, No 11 |
| 53 | 0 | 0 | 0 | Newspaper article | Sinacola, Telegram & Gazette | Finkelstein | Homart faces more charges - State alleges asbestos dumping |

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 54 | 9 | 0 | 1965 | Report | US Dept of Health, Education and Welfare, Jeremiah R. Lynch | Finkelstein | Asbestos Study - Procedures and Findings |
| 55 | 8 | 17 | 1994 | Report | Occupational Safety & Health reporter | Finkelstein | Current Report: Occupational Safety and Health Standards |
| 56 | 8 | 0 | 1972 | Manual | JM | Finkelstein | Asbestos Textiles |
| 57 | 5 | 18 | 1977 | Report | R&D dept | Compton | Resinoid Diamond Wheels Core Evaluation |
| 58 | 7 | 7 | 1976 | Report | R&D dept | Compton | Resinoid Diamond Wheels Core Evaluation - Dry Carbide Grinding |
| 59 | 7 | 15 | 1977 | Report | R&D Dept | Compton | Resinoid Diamond Wheels Core evaluation Wet Carbide Surface Grinding |
| 60 | 12 | 16 | 1977 | Report | R&D | Compton | Resinoid Diamond Wheels Core Evaluation Wet Carbide Surface Grinding |
| 61 | 3 | 7 | 1978 | Report | R&D | Compton | Resinoid Diamond Wheels Core Evaluation Wet Carbide Surface Grinding |
| 62 | 3 | 14 | 1978 | Report | R&D | Compton | Resinoid Diamond Wheels Core Evaluation Wet Carbide Surface Grinding |
| 63 | 0 | 0 | 1975 | Insurance | Liberty Mutual | Finkelstein | Declarations of Comprehensive General Liability Policy for Norton Company |
| 64 | 0 | 0 | 1945 | Brochure | Grinding Wheel Manufacturers Association | Compton | "Handle with Care", "Safety Guide for Portable Grinding Wheel Users" (1975, 1986, 1992), "Safety Guide for Grinding Wheel Users" (1978, 1985, 1986, 1998) |
| 65 | 0 | 0 | 1947 &1974 | Handbook | Norton Abrasives | Compton | A Handbook on Tool Room Grinding |
| 66 | 0 | 0 | 1957 &1939 | Handbook | Norton | Compton | Tool Room Grinding |

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 67 | 0 | 0 | 1947 | Handbook | Grinding Wheel Institute | Compton | Handling Storage and Inspection of Grinding Wheels |
| 68 | 0 | 0 | 1978 | Annual Report | | Compton | 1977 Annual Report for Norton Company |
| 69 | 0 | 0 | 1990 | Annual Report | Norton | Compton | 1989 Annual Report for Norton Company |
| 70 | 0 | 0 | 0 | List | | Compton | Saint-Gobain Abrasives, Inc. f/k/a Norton Company Industrial Hygienists and Medical Directors |
| 71 | 0 | 0 | 0 | Article | | Finkelstein | "Asbestos Medical Exams Required at Any Exposure Level", Employment Safety and Health Guide |
| 72 | 0 | 0 | 0 | Article | American Industrial Hygiene Association | Finkelstein | Hygenic Guide Series: Asbestos |
| 73 | 9 | 1 | 1969 | Report | Jackson and Scheckler | Finkelstein | Industrial Relations Department Health Research Report |
| 74 | 3 | 1 | 1969 | Report | Jackson and Sheckler of Johns-Manville | Finkelstein | Industrial Relations Department Health Research Report |
| 75 | 12 | 1 | 1969 | minutes | Jackson and Sheckler | Finkelstein | Industrial Relations Department Health Research Report |
| 76 | 3 | 13 | 2006 | Affidavit | Margaret J. Baumgardner | Record Custodian, if necessary | Affidavit of Margaret J. Baumgardner of CRMC dated 3/13/2006 |

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 77 | | | | Medical Records | Dr. Austin | Wells | Carol Bean meds, 12/12 - 01/13 |
| 78 | | | | Medical Records | Dr. Al-Hazzouri | Wells | Carol Bean meds, 03/13 - 09/14 |
| 79 | | | | Medical Records | Florida Hospital | Wells | Carol Bean meds, 01/13 - 06/13 |
| 80 | | | | Medical Records | Moffitt | Wells | Carol Bean meds, 02/13 |
| 81 | | | | Gov. Records | | Eugene Bean | Social Security Earnings Statement of Carol and Eugene Bean |
| 82 | | | | Photos | | Mr. Bean/Compton | Photographs of Norton Diamond Grinding Wheels from MVA and Norton manuals |
| 83 | | | | Photos | | Mr. Bean/Children | Family Photos and Treatment Photos |
| 84 | | | | Gov. Records | | Mr. Bean | CDC Mortality Tables, 2010, Vol. 63, No. 7 |
| 85 | | | | Gov. Records | | Finkelstein | Federal Register, Vol. 51, No. 119 (June 20, 1986) |
| 86 | | | | Deposition | | Ronald Karbowski | Exhibits 1 through 8 attached to the deposition of Ronald Karbowski taken in the case of Haak, et al. v. A.W. Chesterton, et al., Third Judicial Circuit, Madison County, IL, Case No: 04-L-1259, October 19, 2005. |
| 87 | | | | Deposition | | Ronald Karbowski | Exhibits 1 through 15 attached to the deposition of Ronald Karbowski taken in the case of Brislis, et al. v. Owens-Corning Fiberglas, et al., 117th Judicial District, Nueces County, TX, Case No.: 00-04222-B, March 18, 2004. |

Saint Gobain (Norton) Exhibit List

| EXHIBIT | MONTH | DAY | YEAR | DOCTYPE | AUTHOR | WITNESS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 88 | | | | Interrogatories | | Read | Responses filed in the case of Cosey, et al. v. E.D. Bullard Co., et al., Circuit Court of Jefferson County, MI, Case No: 95-0069 |
| 89 | | | | Interrogatories | | Read | Responses filed in the case of Kristmann, et al. v. American Optical Corporation, et al., 13th Judicial Circuit, Hillsborough County, FL, Case No.: 06-001905-Z |
| 90 | | | | Interrogatories | | Read | Responses filed in the case of Saldana, et al. v. Bayer Cropscience, Inc., et al., 11th Judicial Circuit, Miami-Dade County, FL, Case No.: 15-3143(42) |