UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-60207-CIV-WILLIAMS

JEFFREY S. BEAN,

    Plaintiff,

vs.

BORG-WARNER CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Plaintiff's notice of settlement (DE 198), which indicates that the Plaintiff and Defendant Saint-Gobian Abrasive Inc., have reached a settlement in this matter. Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **October 23, 2015**, the Parties shall file a joint stipulation to dismiss. If the Parties wish for the Court to retain jurisdiction, they are advised that they must submit the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of October, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE